10/13/2009

**Entered on Docket**
**November 06, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A. as Trustee under POOLING AND SERVICING AGREEMENT dated
as of August 1, 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ4
09-75490 / 0324022441

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In Re:

Elsa Cruz and Edgar Cruz

                    Debtors.

BK-S-06-12177-lbr

MS Motion No.
Date: 10/21/09
Time: 10:30 a.m

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the

post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $1,707.27 | $5,121.81 |
| (May 1, 2009 - July 1, 2009) | |
| 3 Monthly Payments(s) at $1,652.44 | $4,957.32 |
| (August 1, 2009 - October 1, 2009) | |
| 6 Late Charge(s) at $92.32 | $553.92 |
| (May 1, 2009 - October 1, 2009) | |
| Motion for Relief Filing Fee | $750.00 |
| Attorneys Fees | $150.00 |
| Total | $11,533.05 |

The total arrearages shall be paid in six monthly installments.  Payments one

through five (1-5) in the amount of $1,922.18 shall be in addition to the regular monthly payment

and shall be due on or before the 20th day of the month commencing with the  payment and

continuing throughout and concluding on or before February 20, 2010. The sixth final payment

in the amount of $1,922.15 shall be paid on or before March 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor

shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume

and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan,

beginning with the November 1, 2009, payment, on Secured Creditor's Trust obligation,

encumbering the subject Property, generally described as 4153 El Oro St. , Las Vegas, NV 89121,

and legally described as follows:

Lot 5 in Block 5 of Plata Del Sol Subdivision Tract No.1, as shown by Map thereof on file
in Book 10, of Plats, Page 90, in the Office of the County Recorder of Clark County,
Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make

any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of

Condition.  For each such Declaration Re Breach of Condition filed, there shall be assessed an

attorney fees of $100.00, to be paid by the Debtors upon any reinstatement.  If upon the sixteenth

(16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

State Law, and take any action necessary to obtain complete possession thereof.


Submitted by:

WILDE & ASSOCIATES


By _____ #10235
     GREGORY L. WILDE, ESQ.
     Attorneys for Secured Creditor
     208 South Jones Boulevard
     Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall                                          Narrah F. Newark

By _____ 10·28-09                     By _____

Rick A. Yarnall                                          Narrah F. Newark
Chapter 13 Trustee                                   Attorney for Debtors
701 Bridger Avenue #820                          201 LAS VEGAS BLVD., S., #350
Las Vegas, NV 89101                               Las Vegas, NV 89101